NEW AMSTERDAM CASUALTY COMPANY, Respondent, v. CONCORD CASUALTY AND SURETY COMPANY, Appellant.†— Judgment affirmed, with costs. No opinion.

* Leave to appeal denied, 264 N. Y. 457.     †Affd., 264 N. Y. 419.

Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes for reversal and a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AL SIEGELBAUM, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.